FILED
APR 9 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE J. McDONALD, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 08 0739 |
| WILLIAM K. SUTER, *et al.*, ) | |
| Defendants. ) | |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the complaint is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____  4/8/08
United States District Judge